EXHIBIT A

| | |
|---|---|
| DISTRICT COURT, DOUGLAS COUNTY, STATE OF COLORADO<br>4000 Justice Way, Ste. 2009<br>Castle Rock, CO 80109<br>Ph. (720) 437-6200<br><br>Plaintiff: PAUL B. WOERNER IV<br><br>v.<br><br>Defendant: WALMART, INC., a Delaware corporation | DATE FILED<br>May 15, 2025 10:59 AM<br>FILING ID: 6208747C6C3F5<br>CASE NUMBER: 2025CV30498<br><br>COURT USE ONLY |
| *Attorney for Plaintiff*<br>David O. Hansen, Esq.<br>Kumpf Charsley & Hansen, LLC<br>9565 S. Kingston Court, Ste. 100<br>Englewood, CO 80112<br>Phone Number: (720) 473-8000<br>E-mail: dhansen@kch-law.com | Case Number:<br><br>Division: |
| **COMPLAINT AND JURY DEMAND** | |

COMES NOW Plaintiff Paul B. Woerner IV ("Woerner"), by and through his attorneys, Kumpf Charsley & Hansen, LLC, brings this Complaint against Defendant Walmart, Inc. ("Walmart"). As grounds, Plaintiff states as follows:

## INTRODUCTION

1. Plaintiff seeks compensatory damages resulting from injuries arising under Colorado's Premises Liability Statute.

2. On or about August 13, 2023, Plaintiff was seriously injured when he fell after stepping in a hole in the parking lot located at Walmart, Inc., Store No. 1252 ("Walmart"), 6675 Business Center Drive, Highlands Ranch, Colorado 80130 (the "Premises").

3. As a direct and proximate result of the subject incident on or about August 13, 2023, Plaintiff suffered economic damages, noneconomic damages, physical impairment, and disfigurement as described herein.

EXHIBIT A

4. Upon information and belief, on the date of the incident, the Premises was owned, occupied, maintained and/or managed by Defendant Walmart.

**JURISDICTION AND VENUE**

5. Pursuant to C.R.S. § 13-1-124, this Court has personal jurisdiction over the parties to this action as the alleged incident occurred on the Premises in Douglas County, Colorado, which Premises was owned, controlled, occupied, maintained, and/or managed by the Defendant.

6. To the extent that the Defendant is not a resident of the State of Colorado, this Court has "long-arm" jurisdiction pursuant to C.R.S. § 13-1-124.

7. Venue is proper in Douglas County, Colorado because: (a) to the extent that the Defendant is deemed to be out of state Defendant, this is the County designated in the Complaint; (b) the Defendant resides/resided in Douglas County, Colorado, C.R.C.P. 98(c); (c) service of the summons and complaint on the Defendant was accomplished in Douglas County, Colorado; and/or (d) some of the tortious or other wrongful conduct described elsewhere in this Complaint occurred in and/or had consequences and caused injury, damages, or losses in Douglas County, Colorado.

**GENERAL ALLEGATIONS**

8. At all times material hereto, Defendant Walmart was a Delaware corporation, registered with the Colorado Secretary of State to conduct business in Colorado, with its principal office street address of 702 Southwest 8th Street, Bentonville, Arkansas 72716.

9. At all times material herein, Defendant Walmart owned, controlled, occupied, maintained, and managed the Premises.

10. At all times material herein, Defendant Walmart was a landowner of the Premises as defined by the Colorado Premises Liability Act.

11. In Colorado, a landowner has a non-delegable duty to protect invitees from unsafe and/or dangerous conditions on its Premises. A landowner is deemed to have constructive knowledge of unsafe conditions on its premises and is vicariously liable for injuries resulting therefrom.

12. On or about August 13, 2023, Plaintiff was exiting his vehicle when his left foot was caught in a hole in the pavement, causing him to fall, and seriously injuring his foot and ankle. At that time and place of the injury, the defective parking lot was not marked with paint, a cone, or caution sign as a warning of a dangerous condition.

13. Plaintiff's injury from the fall was diagnosed as a complete disruption of the anterior talofibular and calcaneofibular ligaments with extensive surrounding soft tissue edema.

EXHIBIT A

14. On or about that time, Plaintiff was using reasonable care for his own safety.

15. On August 13, 2023, Defendant Walmart knew or should have known of the dangerous condition on the Premises.

16. On or about August 13, 2023, Plaintiff suffered severe injuries, economic damages, and noneconomic damages as a result of his fall on the Premises.

17. At the time and place of Plaintiff's fall, Defendant failed to reasonably inspect, warn, maintain, and control the Premises.

18. As a direct result and proximate result of Defendant's negligence and carelessness on or about the time and date set forth above, Plaintiff has incurred past and future economic expenses, losses, and damages including, but not limited to, past and future medical expenses, inconvenience, and other economic damages related to injuries sustained in the incident as described above.

19. As a direct and proximate result of Defendant's negligence and carelessness on or about the time and date set forth above, Plaintiff suffered in the past, and will continue to suffer in the future, non-economic damages including, but not limited to, pain and suffering, loss of enjoyment of life, inconvenience, emotional distress and impairment of quality of life.

20. As a direct and proximate result of Defendant's negligence and carelessness on or about the time and date set forth above, Plaintiff suffered temporary and permanent physical impairment and physical disfigurement.

21. Plaintiff is entitled to interest on his compensatory damages at the legal rate pursuant to C.R.S. § 13-21-101 *et seq.*

**FIRST CLAIM FOR RELIEF**
**(Premises Liability)**

22. Plaintiff incorporates Paragraphs 1-21 as if more fully set forth herein.

23. Defendant Walmart was legally responsible for the activities conducted and circumstances that existed on the Premises at the time of the incident.

24. Defendant Walmart was a landowner of the Premises at the time of the incident as defined by C.R.S. § 13-21-115(7)(b).

25. An invitee is defined by C.R.S. § 13-21-115(7)(a) as "a person who enters or remains on the land of another to transact business in which the parties are mutually interest or who enters or remains on such land in response to the landowner's express or implied representation that the public is requested, expected, or intended to enter or remain."

EXHIBIT A

26. On August 13, 2023, Plaintiff was an invitee on the Premises owned, controlled, occupied, managed, and/or maintained by Defendant Walmart.

27. According to C.R.S. § 13-21-115(4)(c)(I)-(II) "… an invitee may recover for damages caused by the landowner's unreasonable failure to exercise reasonable care to protect against dangers of which the landowner actually knew about or should have known about."

28. As a landowner, Defendant Walmart owed certain duties to Plaintiff enumerated in C.R.S. § 13-21-115, including a duty to inspect, maintain, and control the Premises so that hazardous and/or dangerous conditions were rendered safe.

29. Additionally, Defendant Walmart owned Plaintiff a duty to prevent, correct, eliminate, and warn of hazardous conditions on the Premises.

30. Defendant Walmart failed to meet their duties relative to the hazardous conditions on the Premises.

31. As a direct, foreseeable, and proximate result of Defendant Walmart's statutory failures, Plaintiff sustained injuries, damages, and losses.

32. Additionally, as a direct, foreseeable, and proximate cause of Defendant Walmart's statutory failures, Plaintiff has been rendered more vulnerable to subsequent injury.

WHEREFORE, Plaintiff requests judgment against Defendant as follows:

1. For economic and non-economic damages in amounts to be proved at time of trial;
2. For all costs of this suit and expert witness fees;
3. For all pre- and post-judgment interest permitted by law; and
4. For such other and further relief as this court deems just and proper.

**PLAINTIFF DEMANDS A JURY ON ALL ISSUES SO TRIABLE**

Respectfully submitted this May 15, 2025.

KUMPF CHARSLEY & HANSEN, LLC
*Signature on file at the office of Kumpf Charsley & Hansen, LLC*

*/s/ David O. Hansen*
David O. Hansen, Esq.
Attorney for Plaintiff

Address of Plaintiff
13087 Deneb Dr.
Littleton, CO 80124